# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)

Donald J. Nelson and Nelson Construction Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Kim J. Trout

Firm Name: TROUT & NEMEC, PLLC

Post Office Box: P.O. Box 9695

Street Address: 3067 E. Copper Point Dr.

City-State-Zip: Meridian, ID 83642

Telephone & Facsimile Numbers: (208)376-4461 - (208)376-4481

E-mail address: kjtrout@trout-law.com; wmlsmith@trout-law.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: C D A

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: T R N

**See attached Sheet for three digit code.**

Amount Claimed: $ 269,270.67

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005