IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION CO., and DONALD J. NELSON, Plaintiffs, | ) | electronically filed December 7, 2005 |
| v. | ) | No. 05-1205C (Judge Block) |
| THE UNITED STATES, Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Dawn S. Conrad as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
1100 L Street, N.W.
Room 8032

s/Dawn S. Conrad

Dawn S. Conrad
Trial Attorney
Commercial Litigation Branch
Civil Division
Tel: (202) 307-1011
Fax: (202) 307-0972

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of December 2005, a copy of the foregoing Notice of Appearance was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

s/ Dawn S. Conrad