IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1205C (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 59 days, to and including March 17, 2006, within which to respond to plaintiff's complaint. Our response is currently due on January 17, 2006. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has not indicated that he does not object to the granting of this motion.

The United States requests this enlargement of time because the agency's litigation report has not yet been received. The agency needs additional time review the allegations contained in the complaint, to perform the necessary legal research, and to prepare the litigation report. Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including March 17, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530

January 13, 2006

Attorneys for Defendant