IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiffs, | ) | No. 05-1205C |
| v. | ) | (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S SECOND MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 14 days, to and including March 31, 2006, within which to respond to plaintiff's complaint. Our response is currently due on March 17, 2006. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not object to the granting of this motion.

The United States requests this enlargement of time because, while the agency's litigation report has been received, copies of the key documents were only received on March 13, 2006. Additional time is needed to review the allegations contained in the complaint, to review the key pertinent documents, to perform the necessary legal research, and to prepare an appropriate response to the complaint. Accordingly, we respectfully request the Court to enlarge the time to respond to plaintiff's complaint to and including March 31, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

March 14, 2006

Attorneys for Defendant