# In the United States Court of Federal Claims

No. 05-1205C
(Filed: March 15, 2006)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On March 14, 2006, Defendant filed a Second Motion for Enlargement of Time to Respond to Plaintiffs' Complaint. Plaintiffs do not oppose this Motion. Therefore, the Court **GRANTS Defendant's Motion**. **Defendant shall file a response to Plaintiffs' Complaint by no later than March 31, 2006.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge