# In the United States Court of Federal Claims

No. 05-1205C
(Filed: April 27, 2006)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On April 26, 2006, Plaintiffs filed "Plaintiffs' Motion for Enlargement of Time to Respond to [Defendant's] Motion to Dismiss." This is Plaintiffs' first request for enlargement of time to file a response to the Motion to Dismiss. In addition, Plaintiffs note that counsel for Defendant does not object to the enlargement of time. Therefore, **Plaintiffs' Motion for Enlargement of Time is GRANTED. Plaintiffs shall file a response to Defendant's Motion to Dismiss no later than May 30, 2006.**

Pursuant to Rule 7.2(c) of the Rules of the Court of Federal Claims, Defendant shall file its reply to Plaintiffs' response within 14 days after service of the response.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge