# In the United States Court of Federal Claims

No. 05-1205C
(Filed: April 28, 2006)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On April 28, 2006, Defendant filed its Unopposed Motion for Enlargement of Time to Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss. **Defendant's Motion is GRANTED. Defendant shall file its reply no later than July 7, 2006.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge