**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, an Idaho corporation; and DONALD J. NELSON, | ) | |
| Plaintiffs, | ) | Case No. 05-1205C<br>(Judge Margaret M. Sweeney) |
| v. | ) | |
| The UNITED STATES operating through the UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION, | ) | |
| Defendant. | | |

**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS**

PEASE TAKE NOTICE that effective June 1, 2006, the name and address of counsel for Plaintiffs Nelson Construction Company has changed. Henceforth, all correspondence, pleadings and other communication to Plaintiffs counsel is as follows:

Kim J. Trout
TROUT ♦ JONES ♦ GLEDHILL♦ FUHRMAN, P.A.
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529

DATED this 7th day of June, 2006.

TROUT ♦ JONES ♦ GLEDHILL♦ FUHRMAN, P.A.

/s/

Kim J. Trout
TROUT ♦ JONES ♦ GLEDHILL♦ FUHRMAN, P.A.
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone (208) 331-1170
Facsimile (208) 331-1529

Attorneys for Plaintiffs,
NELSON CONSTRUCTION COMPANY
and DONALD J. NELSON

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of June 2006, I caused to be served a true and correct copy of the foregoing document on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing.

/s/

Kim J. Trout