# In the United States Court of Federal Claims

No. 05-1205C
(Filed: October 3, 2006)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The court will hear oral arguments on defendant's March 27, 2006, Motion to Dismiss on Thursday, October 11, 2006, at 11:00 a.m. EDT, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Defendant's counsel is directed to appear in person. Plaintiffs' counsel will appear by telephone. The court will initiate the telephone call.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge