# PAYMENT BOND
*(See instructions on reverse)*
Bond# 103616256

DATE BOND EXECUTED *(Must be same or later than date of contract)*: May 8, 2001

OMB No.:9000-0045

...orting burden for this collection of information is estimate to average 25 minutes per response, including the time for reviewing instructions, searching existing da... gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any oth... this collection of information, including suggestions for reducing this burden, to the FAR Secretariat (MVR), Federal Acquisition Policy Division, GSA, Washingto... DC 20405

PRINCIPAL *(Legal name and business address)*

Lemhi Environmental Diversified, Inc.
P.O. Box 642
Hwy 91 & Agency Rd.
Fort Hall, ID. 83203

TYPE OF ORGANIZATION ("X" one)

☐ INDIVIDUAL ☐ PARTNERSHIP
☐ JOINT VENTURE ☒ CORPORATION

STATE OF INCORPORATION: Idaho

SURETY(IES) *(Name(s) and business address(es))*

Travelers Casuatly and Surety Company of America
1161 W. River St. Ste. 150
Boise, ID. 83702

PENAL SUM OF BOND

| MILLION(S) | THOUSAND(S) | HUNDRED(S) | CENTS |
|---|---|---|---|
| 2 | 399 | 189 | 30 |

| CONTRACT DATE | CONTRACT NO. |
|---|---|
| MAY - 1 2001 | DTFH70-01-C-00017 |

OBLIGATION:

We, the Principal and Surety(ies), are firmly bound to the United States of America (hereinafter called the Government) in the above penal sum. For payment of the penal sum, we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally. However, where the sureties are corporations acting as co-sureties, we, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us. For all other purposes, each Surety binds itself, jointly and severally with the Principal, for the payment of the sum shown opposite the name of the Surety. If no limit of liability is indicated, the limit of liability is the full amount of the penal sum.

CONDITIONS:

The above obligation is void if the Principal promptly makes payment to all persons having a direct relationship with the Principal or a subcontractor of the Principal for furnishing labor, material or both in the prosecution of the work provided for in the contract identified above, and any authorized modifications of the contract that subsequently are made. Notice of those modifications to the Surety(ies) are waived.

WITNESS:

The Principal and Surety(ies) executed this payment bond and affixed their seals on the above date.

PRINCIPAL

| | 1. | 2. | 3. |
|---|---|---|---|
| SIGNATURE(S) | Lemhi Environmental Diversified, Inc. [signature] (Seal) | [signature] (Seal) | (Seal) |
| NAME(S) & TITLE(S) *(Typed)* | Dan Copeland V.P. | [handwritten name] President | |

Corporate Seal

INDIVIDUAL SURETY(IES)

| | 1. | 2. |
|---|---|---|
| SIGNATURE(S) | (Seal) | (Seal) |
| NAME(S) *(Typed)* | | |

CORPORATE SURETY(IES)

| | | STATE OF INC. | LIABILITY LIMIT |
|---|---|---|---|
| NAME & ADDRESS | Travelers Casualty and Surety Company of America 1161 W. River St. Ste 150 Boise, ID. | CT | $ |
| SIGNATURE(S) | 1. [signature] | 2. | |
| NAME(S) & TITLE(S) *(Typed)* | 1. Terry S. Robb Attorney-In-Fact | 2. | |

Corporate Seal

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is usable

EXHIBIT A

STANDARD FORM 25A (REV. 10-98)
Prescribed by GSA-FAR (48 CFR) 53.228(c)

CORPORATE SURETY(IES) *(Continued)*

| | | | | | |
|---|---|---|---|---|---|
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corpor Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY C | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY D | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| SURETY E | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |
| | NAME & ADDRESS | | STATE OF INC. | LIABILITY LIMIT $ | Corporate Seal |
| | SIGNATURE(S) | 1. | 2. | | |
| | NAME(S) & TITLE(S) *(Typed)* | 1. | 2. | | |

## INSTRUCTIONS

This form, for the protection of persons supplying labor and material, is ;d when a payment bond is required under the Act of August 24, 1935, Stat. 793 (40 U.S.C. 270a-270e). Any deviation from this form will uire the written approval of the Administrator of General Services.

Insert the full legal name and business address of the Principal in the ice designated "Principal" on the face of the form. An authorized son shall sign the bond. Any person signing in a representative iacity (e.g., an attorney-in-fact) must furnish evidence of authority if t representative is not a member of the firm, partnership, or joint ture, or an officer of the corporation involved.

(a) Corporations executing the bond as sureties must appear on the partment of the Treasury's list of approved sureties and must act hin the limitation listed therein. Where more than one corporate surety ivolved, their names and addresses shall appear in the spaces (Surety Surety B, etc.) headed "CORPORATE SURETY(IES)." In the space designated "SURETY(IES)" on the face of the form, insert only the letter identification of the sureties.

(b) Where individual sureties are involved, a completed Affidavit of Individual Surety (Standard Form 28) for each individual surety, shall accompany the bond. The Government may require the surety to furnish additional substantiating information concerning their financial capability.

4. Corporations executing the bond shall affix their corporate seals. Individuals shall execute the bond opposite the word "Corporate Seal", and shall affix an adhesive seal if executed in Maine, New Hampshire, or any other jurisdiction requiring adhesive seals.

5. Type the name and title of each person signing this bond in the space provided.

TRAVELERS CASUALTY AND SURETY COMPANY . AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY
Hartford, Connecticut 06183-9062
TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS
Naperville, Illinois 60563-8458

# POWER OF ATTORNEY AND CERTIFICATE OF AUTHORITY OF ATTORNEY(S)-IN-FACT

KNOW ALL PERSONS BY THESE PRESENTS, THAT TRAVELERS CASUALTY AND SURETY COMPANY O AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPAN corporations duly organized under the laws of the State of Connecticut, and having their principal offices in the City of Hartfor County of Hartford, State of Connecticut, and TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS, corporation duly organized under the laws of the State of Illinois, and having its principal office in the City of Naperville, County DuPage, State of Illinois, (hereinafter the "Companies") hath made, constituted and appointed, and do by these presents mak constitute and appoint: William F. Post, Mary Rigel or Terry S. Robb * *

of Boise, ID, their true and lawful Attorney(s)-in-Fact, with full power and authority hereby conferred to sign, execute an acknowledge, at any place within the United States, or, if the following line be filled in, within the area there designated

the following instrument(s):
by his/her sole signature and act, any and all bonds, recognizances, contracts of indemnity, and other writings obligatory in th nature of a bond, recognizance, or conditional undertaking and any and all consents incident thereto

and to bind the Companies, thereby as fully and to the same extent as if the same were signed by the duly authorized office of the Companies, and all the acts of said Attorney(s)-in-Fact, pursuant to the authority herein given, are hereby ratified an confirmed.

This appointment is made under and by authority of the following Standing Resolutions of said Companies, which Resolutions a now in full force and effect:

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, a :cond Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fa .id Agents to act for and on behalf of the company and may give such appointee such authority as his or her certificate of authority may prescri to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any su appointee and revoke the power given him or her.

VOTED: That the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice Preside may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation in writing and a copy thereof is filed in the office of the Secretary.

VOTED: That any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or condition undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, a Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or a Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary, or (b) duly executed (under seal, required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority by one or more Company officers pursuant to a written delegation of authority.

**This Power of Attorney and Certificate of Authority is signed and sealed by facsimile under and by authority of the followi Standing Resolution voted by the Boards of Directors of TRAVELERS CASUALTY AND SURETY COMPANY C AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY, FARMINGTON CASUALTY COMPANY a TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS, which Resolution is now in full force and effect:**

VOTED: That the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vi President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to a power of attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attor or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed a certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company in the future with respect to any bond undertaking to which it is attached.

[illegible] WHEREOF, TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS [illegible] AND SURETY COMPANY, FARMINGTON CASUALTY COMPANY and TRAVELERS CASUALTY AND [illegible] COMPANY OF ILLINOIS have caused this instrument to be signed by their Senior Vice President, and their corporate [illegible] be hereto affixed this 17th day of August, 1999.

[illegible]TATE OF CONNECTICUT

)SS. Hartford

COUNTY OF HARTFORD

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA
TRAVELERS CASUALTY AND SURETY COMPANY
FARMINGTON CASUALTY COMPANY
TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS

By ______________________

George W. Thompson
Senior Vice President

On this 17th day of August, 1999 before me personally came GEORGE W. THOMPSON to me known, who, being by me duly sworn, did depose and say: that he/she is Senior Vice President of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY, FARMINGTON CASUALTY COMPANY and TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS, the corporations described in and which executed the above instrument; that he/she knows the seals of said corporations; that the seals affixed to the said instrument are such corporate seals; and that he/she executed the said instrument on behalf of the corporations by authority of his/her office under the Standing Resolutions thereof.

Marie C Tetreault

My commission expires June 30, 2001 Notary Public
Marie C. Tetreault

CERTIFICATE

I, the undersigned, Assistant Secretary of TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, TRAVELERS CASUALTY AND SURETY COMPANY and FARMINGTON CASUALTY COMPANY, stock corporations of the State of Connecticut, and TRAVELERS CASUALTY AND SURETY COMPANY OF ILLINOIS, stock corporation of the State of Illinois, DO HEREBY CERTIFY that the foregoing and attached Power of Attorney and Certificate of Authority remains in full force and has not been revoked; and furthermore, that the Standing Resolutions of the Boards of Directors, as set forth in the Certificate of Authority, are now in force.

Signed and Sealed at the Home Office of the Company, in the City of Hartford, State of Connecticut. Dated this 8 day of May, 2001.

By ______________________

Brian Hoffman
Assistant Secretary, Bond