JAN-29-1900 19:14

## ASSIGNMENT

Date: May ___, 2002

KNOW ALL MEN BY THESE PRESENTS: For value received the undersigned Assignor does hereby assign, set over and transfer to TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, Assignee, of Auburn, Washington, all right, title and interest to all monies due or to become due Assignor from the U.S. Department of Transportation, Federal Highway Administration, Western Federal Lands Highway Division, construction contract number DTFH 70-01-C-00017, Atlanta Road, Boise National Forest, Project No. ID PFH 82-1(1) (the "Project"), arising from the performance by Assignor of work on the Project.

The Assignee shall not be held responsible for the performance of any work for the manufacture or delivery of any of the items mentioned in said contract or contracts.

Signed Sealed and Delivered.

Lemhi Environmental Diversified, Inc.

Assignor
Roderick Ariwite, President

STATE OF IDAHO )
) ss
COUNTY OF ADA )

On this 22 day of May, 2002, before me, the undersigned, a Notary Public in and for the State of Idaho, duly commissioned and sworn, personally appeared Roderick Ariwite, to me known to be the President of Lemhi Environmental Diversified, Inc., the corporation that executed the foregoing instrument, and acknowledged the said instrument to be the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, and on oath stated that he was authorized to execute the instrument and that the seal affixed is the corporate seal of said corporation.

Witness my hand and official seal hereto affixed the day and year first above written.

SHERRIE C. BRONCHO NOTARY PUBLIC STATE OF IDAHO

Notary Public in and for the State of Idaho, residing at Bingham
My Commission expires on 6/24/2002

## ATTESTATION

I, Roderick Ariwite, am the Secretary of Lemhi Environmental Diversified, Inc., the corporation that executed the foregoing instrument. I hereby affirm that the instrument is the free and voluntary act and deed of said corporation, for the uses and purposes therein mentioned, that the corporation has the power and authority to enter into the assignment, that the president was authorized to execute the instrument ~~and that the seal affixed is the corporate seal of said corporation.~~

Roderick Ariwite, Secretary

TOTAL P.02

EXHIBIT B

TOTAL P.01