# NOTICE OF ASSIGNMENT

DATE: May 22, 2002

TO: Mr. John C. Snyder, Construction Operations Engineer
US Department of Transportation
Federal Highway Administration
Western Federal Lands Highway Division
610 East Fifth Street
Vancouver, WA 98661-3801

Contractor: Lemhi Environmental Diversified, Inc.
P.O. box 642
Fort Hall, Idaho 83202

Contract No.: DTFH70-01-C00017

Project: Atlanta Road, Boise National Forest, Project No. ID PFH 82-1(1)

RECEIVED FHWA-VANCOUVER
02 MAY 28 PM 12:47
MAIL ROOM

PLEASE TAKE NOTICE that money due or to become due under the contract described above has been assigned to the undersigned.

A true copy of the instrument of assignment is attached hereto.

Payments due or to become due under such contract should be made to the Assignee, as follows:

Chase Manhattan Bank, N.A.
New York, NY
ABA Number: 021000021
Account Number: 910-2-765857
Account Name: Travelers Casualty and Surety Company

Reference: "Bond File-687644"

Please return to the undersigned the enclosed copy of this notice with appropriate notations showing the date and hour of receipt and duly signed by the person acknowledging receipt on behalf of the addressee.

Very truly yours,

TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA
Attention: Mr. Gerald M. Ormiston
3455 S. 344th Way, Suite 200
Auburn, Washington 98001

By: [signature]
Jan D. Sokol, Attorney for Assignee



EXHIBIT C

Receipt is hereby acknowledged of the above notice and a copy of the above mentioned instrument of assignment. These were received at 12:47 a.m./p.m. on May 28, 2002.

Signature

On behalf of: US Department of Transportation
Federal Highway Administration
Western Federal Lands Highway Division