SETTLEMENT AGREEMENT
ID PFH 82-1(1), ATLANTA ROAD
DTFH70-01-C-00017

Lemhi Environmental Diversified (hereafter the Contractor) and the United States of America, U.S. Department of Transportation, Federal Highway Administration (hereafter FHWA), acting by and through their duly designated representatives, have agreed to settle all issues arising from or relating to Contract No. DTFH70-01-C-00017 on the following terms:

1. FHWA will pay the Contractor the sum of six hundred thousand fourteen, two hundred seventy dollars and sixty-seven cents ($614,270.67) in full settlement and satisfaction of any and all claims that the Contractor, its agents, servants, or employees may have, or may hereafter acquire against FHWA, arising from or relating to the above-identified contract.

2. The Contractor will accept the sum six hundred thousand fourteen, two hundred seventy dollars and sixty-seven cents ($614,270.67) in full and final satisfaction of any and all claims and demands which the Contractor, its successors, or assigns, may now have or may hereafter acquire against FHWA, or any of its agents, servants, or employees, arising from or relating to the above-identified contract.

3. This instrument constitutes a compromise settlement, which settlement does not constitute any admission of liability or fault on the part of FHWA or the Contractor in reference to the issues addressed by this Settlement Agreement.

4. Payment of the above-stated sum shall constitute a complete release from and bar to any and all causes of actions, claims, rights, liens, or subrogated interests, known or unknown, to the Contractor or to FHWA, by reason of, arising from, or relating to the above-captioned contract, except for claims arising out of criminal conduct, breach of warranty, misrepresentation, or fraud.

5. The undersigned, on behalf of the Contractor and the United States, declare and represent that they fully understand the terms of this Settlement Agreement and voluntarily enter into the same.

6. This Settlement Agreement contains the entire agreement between the parties and the terms of this release are contractual and not a mere recital. Each party agrees to bear its own expenses, costs, and fees relating to the above-identified dispute.

7. No portion of this agreement is severable from any other.

**Lemhi Environmental Diversified**

By: [signature]

Date: 1-24-03

**Federal Highway Administration**

By: [signature] William L. Parsons
William L. Parsons
Contracting Officer

Date: 01-28-03

EXHIBIT
D