# In the United States Court of Federal Claims

No. 05-1205C
(Filed: January 9, 2007)

************************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

Plaintiffs filed a complaint in this court on November 16, 2005. On March 27, 2006, defendant filed a Motion to Dismiss pursuant to Rule 12(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"). This court heard oral argument on defendant's motion on October 11, 2006. During argument, plaintiffs' counsel raised theories of liability that were neither pled in the complaint nor discussed in plaintiffs' opposition to defendant's motion to dismiss. Nevertheless, the court recognized the importance of plaintiffs having their day in court. As a result, on October 11, 2006, the court denied defendant's motion to dismiss without prejudice and allowed plaintiffs to file an amended complaint.

Plaintiffs filed their amended complaint on October 30, 2006, and defendant filed its answer on November 14, 2006. Pursuant to RCFC 16 and Appendix A ¶ 4, the parties were required to file their Joint Preliminary Status Report ("JPSR") no later than January 5, 2007. As of the date of this order, the parties have not filed their JPSR.

**Accordingly, the parties shall file their JPSR no later than Friday, January 26, 2007.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge