# In the United States Court of Federal Claims

No. 05-1205C
(Filed: January 30, 2007)

| | |
|---|---|
| *********************************** | |
| NELSON CONSTRUCTION COMPANY, and DONALD J. NELSON, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| *********************************** | |

## ORDER

The parties filed the Joint Preliminary Status Report on January 26, 2007. **By no later than Tuesday, February 13, 2007,** the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule the telephonic preliminary scheduling conference (RCFC 16(b) and Appendix A ¶ 7) to discuss further proceedings in this case.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge