# In the United States Court of Federal Claims

No. 05-1205C
(Filed: February 6, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

The parties filed the Joint Preliminary Status Report on January 26, 2007. **A status conference will be held on Thursday, February 22, 2007, at 2:00 p.m., Eastern Standard Time.** The parties shall appear by telephone. Counsel for the parties shall call Judge Sweeney's judicial assistant, Beryl Sanders, at (202) 357-6644, one business day before the conference with the phone number where they can be reached at the time of the conference.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge