# In the United States Court of Federal Claims

No. 05-1205C
(Filed: February 22, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 22, 2007, this court held a status conference to discuss the parties' joint preliminary status report and defendant's motions to dismiss. The parties will proceed with briefing defendant's motions. Plaintiff's response to defendant's Motion to Dismiss Counts I and II of the Amended Complaint is due Thursday, March 1, 2007. Plaintiff's response to defendant's Motion to Dismiss Count III of the Amended Complaint is due Monday, March 26, 2007.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge