# In the United States Court of Federal Claims

No. 05-1205C
(Filed: March 29, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On February 22, 2007, defendant filed Motion to Dismiss Count III of plaintiffs' amended complaint. Pursuant to Rule 7.2(c) of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiffs' response to defendant's motion was due March 26, 2007. As of the date of this order, plaintiffs have not filed a response. **Thus, plaintiffs shall file a response to defendant's Motion to Dismiss Count III no later than Friday, April 6, 2007.** Defendant shall file a reply in accordance with RCFC 7.2(c), 14 days after service of the response.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge