# In the United States Court of Federal Claims

No. 05-1205C
(Filed: May 16, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, and DONALD J. NELSON,

Plaintiffs,

v.

THE UNITED STATES,

Defendant.
***********************************

## ORDER

On May 8, 2007, defendant filed its Notice of Additional Authority ("Notice"), in which defendant refers to a recent decision by the United States Court of Federal Claims in Rivera Agredano v. United States, --- Fed. Cl. ---, 2007 WL 1300766 (May 3, 2007). In its Notice, defendant asserts that Rivera Agredano is relevant to the argument set forth in plaintiffs' response to defendant's Motion to Dismiss Count III of plaintiffs' amended complaint.

Accordingly, **plaintiffs may file a response to defendant's Notice no later than Wednesday, May 30, 2007.** Should plaintiffs file a response, defendant may file a reply within ten days after service of the response.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge