# In the United States Court of Federal Claims

No. 05-1205C
(Filed: May 29, 2007)

************************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

**By no later than Tuesday, June 12, 2007**, the parties shall contact the judicial assistant to Judge Sweeney, Ms. Beryl Sanders, at (202) 357-6644, to schedule oral argument on defendant's motions to dismiss.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge