# In the United States Court of Federal Claims

No. 05-1205C
(Filed: May 31, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

The court will hear **oral arguments** on defendant's January 29, 2007 and February 22, 2007 Motions to Dismiss **on Tuesday, July 31, 2007, at 2:00 p.m.**, at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge