IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY,<br>AND DONALD J. NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-1205C<br>(Judge Margaret M. Sweeney ) |

DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT

The United States respectfully requests that oral argument on its motion to dismiss currently scheduled for July 31, 2007, be rescheduled for September 27 or 28, 2007, or later. This is our first request to reschedule oral argument. Counsel for plaintiff has indicated that he does not object to the granting of this motion.

The United States requests this postponement because Government counsel will be on vacation from July 20, 2007, through August 1, 2007. Government counsel was scheduled to try the case of Environmental Tectonics Corporation v. United States, Fed. Cl. No. 05-746C, before Judge Susan Braden from July 9, 2007, through July 20, 2007. Upon completion of that case, Government counsel intended to begin preparing for the trial of Lumbermens Mutual Casualty Company v. United States, No. 04-1255C, scheduled for trial before Judge Robert H. Hodges, Jr. in Seattle, Washington, from September 5, 2007, through September 20, 2007. The parties' motion to dismiss the amended complaint with prejudice in Environmental Tectonics Corporation v. United States, Fed. Cl. No. 05-746C, was granted on June 28, 2007. While the parties are attempting to resolve the counterclaims in that case, the cancellation of the July 9,

2007, trial allowed Government counsel to make vacation plans, which unavoidably conflict with oral argument scheduled in this matter on July 31, 2007.

Accordingly, we respectfully request the Court to postpone oral argument until September 27 or 28, 2007, or later.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C 20530
202-307-0252
202-307-0972 (Fax)

July 18, 2007

Attorneys for Defendant