# In the United States Court of Federal Claims

No. 05-1205C
(Filed: September 6, 2007)

```
***********************************
NELSON CONSTRUCTION COMPANY,  *
and DONALD J. NELSON,         *
                              *
          Plaintiffs,         *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
          Defendant.          *
***********************************
```

## ORDER

On August 31, 2007, plaintiffs filed their Response to Defendant's Notice of Additional Authority. The Clerk of the Court noted that plaintiffs' counsel failed to sign the response as required by Rules 11 and 83.1(c)(2) of the Rules of the United States Court of Federal Claims and General Order 42A. Plaintiffs are reminded that electronic filings shall contain a signature block with "s/" preceded by the name of the attorney who is filing the document electronically; alternatively, a party may file a scanned document that contains a written signature.

**The court directs the Clerk to file plaintiffs' Response to Defendant's Notice of Additional Authority by leave of court.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge