IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1205C (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Defendant, the United States, respectfully submits the following status report pursuant to the Court's October 29, 2007 order. The contents of this report have been discussed with counsel for plaintiffs, and he has indicated that he agrees with the proposed schedule.

Service of interrogatories, requests for production of documents, and requests for admission by March 1, 2008;

Disclosure of expert witnesses, if any, by May 15, 2008

Disclosure of rebuttal experts, if any, by June 15, 2008.

Completion of fact witness depositions by July 15, 2008.

Completion of expert witness depositions, if any, by August 15, 2008.

Filing of dispositive motions by September 1, 2008.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

November 15, 2007

Attorneys for Defendant