# In the United States Court of Federal Claims

No. 05-1205C
(Filed: November 19, 2007)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

## ORDER

On November 15, 2007, defendant filed, pursuant to the court's October 29, 2007 opinion and order, a Status Report on behalf of both parties. The court adopts the parties' proposed schedule as follows:

1. Service of interrogatories, requests for production of documents, and requests for admission shall occur no later than **March 1, 2008**.

2. Disclosure of expert witnesses, if any, shall occur no later than **May 15, 2008**.

3. Disclosure of rebuttal experts, if any, shall occur no later than **June 15, 2008**.

4. Fact witness depositions shall be concluded no later than **July 15, 2008**.

5. Expert witness depositions, if any, shall be concluded no later than **August 15, 2008**.

6. The parties shall file their dispositive motions no later than **September 1, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge