IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | No. 05-1205C |
| v. | ) | (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court amend its November 19, 2007 scheduling order to extend the March 1, 2008 deadline for service of written discovery requests for the limited purpose of providing additional time to serve subpoenas decus tecum. The November 19, 2008 order provides that service of interrogatories, requests for production of documents, and requests for admission be completed by March 1, 2008.[1] Defendant requests that the scheduling order be amended for the limited purpose of providing two weeks from the granting of this motion within which to issue subpoenas decus tecum. This is defendant's first motion for this purpose. Plaintiff's counsel has indicated that he does not oppose the granting of this motion.

Additional time is needed to issue subpoenas decus tecum in connection with this case because defendant has only recently identified individuals and entities that may possess records relevant to potential issues in this matter.

Based upon the above, it is respectfully requested that defendant's motion for a two-week extension of the discovery deadline for the limited purpose of providing two weeks

[1] While the issuance of subpoenas decus tecum is not specifically addressed, it is assumed that the March 1, 2008 applies.

from the granting of this motion within which to issue subpoenas decus tecum be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

March 6, 2008

Attorneys for Defendant