# In the United States Court of Federal Claims

No. 05-1205 C
(Filed: March 7, 2008)

```
***********************************
NELSON CONSTRUCTION COMPANY,  *
and DONALD J. NELSON,         *
                              *
            Plaintiffs,       *
                              *
v.                            *
                              *
THE UNITED STATES,            *
                              *
            Defendant.        *
***********************************
```

## ORDER

On March 6, 2008, defendant filed an Unopposed Motion to Amend Scheduling Order ("motion"). In its motion, defendant requests that the court amend its November 19, 2007 scheduling order and extend the March 1, 2008 deadline for service of written discovery requests by two weeks. Defendant states that it seeks this extension for the limited purpose of providing additional time to serve subpoenas duces tecum in connection with this case because it only recently identified individuals and entities that may possess records relevant to potential issues. Defendant represents that this is its first motion for this purpose and that plaintiffs do not oppose the motion.

**Accordingly, defendant's motion is granted**, and the court's November 19, 2007 scheduling order is modified as follows:

1. Service of interrogatories, requests for production of documents, and requests for admission shall occur no later than **March 21, 2008**.

2. Disclosure of expert witnesses, if any, shall occur no later than **May 15, 2008**.

3. Disclosure of rebuttal experts, if any, shall occur no later than **June 15, 2008**.

4. Fact witness depositions shall be concluded no later than **July 15, 2008**.

5. Expert witness depositions, if any, shall be concluded no later than **August 15, 2008**.

6. The parties shall file their dispositive motions no later than **September 1, 2008**.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge