IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | No. 05-1205C |
| v. | ) | (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, defendant respectfully requests that the Court extend the time within which defendant must respond to plaintiff's discovery requests to April 24, 2008. This is defendant's first motion for this purpose. Plaintiff's counsel has indicated that he does not oppose the granting of this motion.

On February 19, 2008, plaintiff certified that it served upon defendant by regular mail plaintiff's first set of interrogatories, first request for admissions, and first request for production of documents.[1] Defendant's responses, therefore, are due on March 24, 2008. The United States requests this enlargement of time because plaintiff's discovery requests were not received in the Department of Justice mail room until March 7, 2008, and were delivered to Government counsel on March 12, 2008.[2] In addition, the United States requests this enlargement of time because Government counsel is preparing to complete the trial in the case of Lumbermens Mutual Surety

[1] The November 19, 2008 order provides that service of interrogatories, requests for production of documents, and requests for admission be completed by March 1, 2008. This deadline was extended until March 21, 2008, by order dated March 7, 2008.

[2] Delivery of regular mail to the Department of Justice is delayed because of anthrax screening. Government counsel has served all discovery requests upon plaintiff by both regular mail and email.

Company v. United States, Fed. C. No. 04-1244, before the Honorable Robert Hodges, in Washington, D.C., the week of March 24, 2008, and the trial in the case of Armour of America v. United States, Fed. Cl. No. 04-1731C, before the Honorable Marian Blank Horn, in Los Angeles, California, the week of March 31, 2008. Additional time, therefore, is required to respond to plaintiff's discovery requests.

Based upon the above, it is respectfully requested that defendant's motion for a 30-day extension of time within which to respond to plaintiff's discovery requests be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 (Fax)

March 14, 2008

Attorneys for Defendant