# In the United States Court of Federal Claims

No. 05-1205 C
(Filed: March 14, 2008)

| | |
|---|---|
| NELSON CONSTRUCTION COMPANY, and DONALD J. NELSON, | * |
| Plaintiffs, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |

**ORDER**

On March 14, 2008, defendant filed an Unopposed Motion to Extend the Time to Respond to Plaintiffs' Discovery Requests ("motion"). In its motion, defendant requests a thirty-day (30) extension of time, to and including April 24, 2008, within which to respond to plaintiffs' discovery requests. Defendant's responses are currently due March 24, 2008. Defendant represents that this is its first motion for this purpose and that plaintiffs do not oppose the motion.

Defendant states that, on February 19, 2008, plaintiffs served upon it by regular mail plaintiffs' first set of interrogatories, first request for admissions, and first request for production of documents. Because the delivery of regular mail is delayed due to anthrax screening, these requests were not received in the Department of Justice mail room until March 7, 2008, and were first delivered to defendant's counsel on March 12, 2008. Additionally, defendant requests an enlargement of time to respond to plaintiffs' discovery requests because its counsel is preparing to complete two separate trials before the court during the last two weeks in March.

The court determines that defendant's request for additional time is not unreasonable. **Accordingly, defendant's motion is GRANTED. Defendant shall respond to plaintiffs' discovery requests no later than Thursday, April 24, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge