**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, an Idaho corporation; and DONALD J. NELSON,<br><br>Plaintiffs,<br><br>v.<br><br>The UNITED STATES operating through the UNITED STATES DEPARTMENT OF TRANSPORTATION, FEDERAL HIGHWAY ADMINISTRATION, WESTERN FEDERAL LANDS HIGHWAY DIVISION,<br><br>Defendant. | ) | Case No. 05-1205C<br>(Judge Margaret M. Sweeney) |

PLAINTIFFS' UNOPPOSED MOTION TO EXTEND THE TIME TO RESPOND TO DEFENDANT'S DISCOVERY REQUESTS

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims, Plaintiffs respectfully requests that the Court extend the time within which Plaintiffs must respond to all Defendant's first set of discovery requests and submit Plaintiffs' Initial Disclosures to March 27, 2008. This is Plaintiffs' first motion for this purpose. Defendant's counsel has indicated that she does not oppose the granting of this motion.

Based upon the above, it is respectfully requests that the Court grant Plaintiff's request.

DATED this 14th of March, 2008.

TROUT ♦ JONES ♦ GLEDHILL ♦ FUHRMAN, P.A.

Respectfully submitted,

s/ Kim J. trout
KIM J. TROUT
Attorneys for Plaintiffs,
NELSON CONSTRUCTION COMPANY and
DONALD J. NELSON
P.O. Box 1097
Boise, Idaho 83701
225 N. 9th St., Ste. 820
Boise, Idaho 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529