IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1205C (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF THE DEADLINE WITHIN WHICH DISCOVERY MUST BE COMPLETED

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of 74 days, to and including September 26, 2008, within which to complete fact witness depositions. Pursuant to this Court's November 19, 2007 scheduling order, fact witness depositions are to be completed by July 14, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not object to the granting of this motion.

The United States requests this enlargement of time due to the press of other business, counsel has not been able to take the depositions of the plaintiff, Donald J. Nelson, and other fact witnesses. Government counsel from November 2007 through March 2008 was involved in preparing for, and trying, Lumbermens Mutual Casualty Company v. United States, 04-1255C, and the case of Armour of America v. United States, 05-1731C. During April, May, and June 2008, Government counsel has been involved in writing the post-trial briefs in both cases. In connection with this case, Government counsel has issued subpoenas for documents in the possession of about 17 entities; responded to plaintiff's request for production of documents,

interrogatories and requests for admissions; and defended three depositions. In addition, counsel has responded to a dispositive motion filed in Cumberland Casualty Company v. United States, 94-366C, and filed a dispositive motion in United States Surety Company et al. v. United States, 07-638C.

Accordingly, we respectfully request the Court to enlarge the time within which to complete discovery to and including September 26, 2008, and to extend the time to file dispositive motions to and including November 15, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 ( Fax)

July 3, 2008

Attorneys for Defendant