# In the United States Court of Federal Claims

No. 05-1205 C
(Filed: July 7, 2008)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On July 3, 2008, defendant filed an Unopposed Motion For Extension of the Deadline Within Which Discovery Must Be Completed ("motion"). In its motion, defendant requests an enlargement of seventy-four (74) days, to and including September 26, 2008, within which to complete fact witness depositions. The current deadline by which fact depositions are to be completed is July 14, 2008. In addition, defendant requests that the court extend the time to file dispositive motions, currently due on September 1, 2008, to November 15, 2008.[1] Defendant represents that this is its first motion for this purpose and that plaintiffs do not oppose the motion.

Defendant states that its counsel's commitments to other pending litigation and post-trial briefing have precluded the scheduling of depositions of fact witnesses. The court finds that defendant's request is not unreasonable. **Accordingly, defendant's motion is GRANTED**, and the court's November 19, 2007 scheduling order is modified as follows**:**

4. Fact witness depositions shall be concluded no later than **September 26, 2008**.

5. Expert witness depositions, if any, shall be concluded no later than **September 26, 2008**.

6. The parties shall file their dispositive motions no later than **November 17, 2008**.

---

[1] Defendant's proposed deadline of November 15, 2008, falls on a Saturday.

In the event that the parties require additional time within which to complete fact and expert discovery, the parties should file the appropriate motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge