IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NELSON CONSTRUCTION COMPANY, AND DONALD J. NELSON, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-1205C (Judge Margaret M. Sweeney ) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF THE DISCOVERY DEADLINE

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims, the United States respectfully requests an enlargement of time of four months, to and including January 26, 2009, within which to complete discovery. Pursuant to this Court's July 7, 2008 scheduling order, fact witness depositions are to be completed by September 26, 2008. This is our second request for an enlargement of time for this purpose. Counsel for plaintiff has indicated that he does not object to the granting of this motion.

The United States requests this enlargement of time due to fact that the depositions of plaintiff's witnesses scheduled for September 10, 11, and 12, 2008, were postponed in order for the parties to meet in Boise, Idaho, on September 9, 2008, to attempt to resolve this matter. Because our efforts were unavailing, the previously scheduled depositions must be rescheduled. Because of the press of other business, and the Thanksgiving, Christmas, and New Year holidays, it is unlikely that the remaining discovery can be completed before the end of the year. Government counsel must prepare for the trial of Kawa v. United States, 06-448C, scheduled for the week of October 27, 2008. This case was re-assigned to undersigned only a few weeks ago. In addition, the case of Lowry Economic Redevelopment Authority v. United States,

06-75C, reassigned to undersigned counsel in July 2008, is scheduled for trial the first week in December 2008. Undersigned counsel was also recently re-assigned the appeal in Richmond American Homes of Colorado, et al. v. United States, 2008-5103 (Fed. Cir.). The brief in that case is due on October 6, 2008. Moreover, undersigned counsel was recently re-assigned the case of BearingPoint, Inc. v. United States, 07-631C, in which fact discovery, that has not yet been initiated, must be completed by March 1, 2009.

Accordingly, we respectfully request the Court to enlarge the time within which to complete discovery, to and including January 26, 2008, and to extend the time to file dispositive motions, to and including March 15, 2009.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Deborah A. Bynum
DEBORAH A. BYNUM
Assistant Director

s/ Leslie Cayer Ohta
LESLIE CAYER OHTA
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street NW
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
202-307-0252
202-307-0972 ( Fax)

September 12, 2008

Attorneys for Defendant