# In the United States Court of Federal Claims

No. 05-1205 C
(Filed: September 12, 2008)

***********************************
NELSON CONSTRUCTION COMPANY, *
and DONALD J. NELSON, *
*
Plaintiffs, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
***********************************

**ORDER**

On September 12, 2008, defendant filed an Unopposed Motion For an Enlargement of the Discovery Deadline ("motion"). In its motion, defendant requests an enlargement of time of four (4) months, to and including January 29, 2009, within which to complete discovery. Pursuant to the court's July 7, 2008 modification of the November 19, 2007 scheduling order, fact and expert witness depositions were to be completed by September 26, 2008. Defendant states that this is its second request for an enlargement and represents that its motion is unopposed.

Defendant indicates that the parties sought to reach a resolution to their dispute and postponed scheduled depositions in order to engage in settlement negotiations. A resolution, however, was not achieved, and the parties must reschedule depositions. Defendant indicates that the upcoming end of year holidays and its counsel's additional commitments in other matters pending before the court and the United States Court of Appeals for the Federal Circuit require additional time for the parties to complete discovery and to move this case forward. In addition to requesting a January 29, 2009 deadline for the completion of discovery, defendant seeks an extension of the deadline for the filing of dispositive motions, which is currently set for November 17, 2008.

The court determines that defendant's request is reasonable. **Accordingly, the instant motion is GRANTED**, and the court further modifies the court's November 19, 2007 scheduling order as follows:

4. Fact witness depositions shall be concluded by no later than **Monday, January 26, 2009**.

5. Expert witness depositions, if any, shall be concluded by no later than **Monday, January 26, 2009**.

6. The parties shall file their dispositive motions by no later than **Monday, March 16, 2009**.[1]

In the event that the parties require additional time within which to complete discovery, the parties should file the appropriate motion.

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge

[1] In its motion, defendant proposes that the court set March 15, 2009, as the parties' deadline for filing dispositive motions. Notwithstanding the celebrated warning to beware the Ides of March, see William Shakespeare, Julius Caesar act 1, sc. 2, March 15 falls on a Sunday.